IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULA HIAN, PAULA HIAN CREATIONS, LTD | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-3742 |
| | : | |
| LOUIS VUITTON USA INC, LOUIS VUITTON MALLETIER, OFF WHITE OPERATING SRL, JOHN AND JANE DOES I-X, ABC CORPORATIONS I-X | : | |

# ORDER

AND NOW, this 28th day of June 2024, upon considering defendants' motion to dismiss (DI 30), plaintiffs' opposition (DI 38), defendants' reply (DI 39), defendants' supplemental memorandum (DI 49), plaintiffs' supplemental memorandum (DI 50), following oral argument held on May 20, 2024, and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion to dismiss (DI 30) is **GRANTED in part** and **DENIED in part**. We dismiss all of plaintiffs' claims with prejudice, except for their claims that LVMH's accused designs F, G, H, I, K, and L infringe plaintiffs' copyright on Plaque D'egout.

_____
MURPHY, J.