IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAULA HIAN, PAULA HIAN CREATIONS, LTD** : | **CIVIL ACTION** |
| v. : | **NO. 22-3742** |
| **LOUIS VUITTON USA INC, LOUIS VUITTON MALLETIER, OFF WHITE OPERATING SRL, JOHN AND JANE DOES I-X, ABC CORPORATIONS I-X** : | |

# ORDER

AND NOW, this 7th day of January 2025, this cause came before the Court on Defendants' uncontested motion for the entry of an order issuing a request for international judicial assistance (DI 81) pursuant to Chapter II of the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, T.I.A.S. No. 7444, 23 U.S.T. 2555 (the "Hague Evidence Convention") and appointing Mr. Alexander Blumrosen as commissioner pursuant to Article 17 of the Hague Evidence Convention, pending the approval of the French Ministère de la Justice, to oversee the production of documents from France. The Court having reviewed the motion and being otherwise advised in the premises, does hereby **ORDER AND ADJUDGE**:

1. The parties' motion (DI 81) is **GRANTED**.

2. The form of request for international judicial assistance attached to the Motion is simultaneously issued by the Court and is fully incorporated herein.

3. Pursuant to Article 17 of the Hague Evidence Convention, Mr. Alexander Blumrosen, Attorney at Law (Paris), is hereby duly appointed, pending the approval of the French Ministère de la Justice, as commissioner to oversee the production of documents in this case.

4. This signed Order and signed Letter of Request for Judicial Assistance will be given to counsel for Defendants, who will file, or will request the Commissioner to file, both documents along with French translations of both documents and any exhibits with the Ministère de la Justice, Direction des Affaires Civiles et du Sceau, Département de l'Entraide, du Droit International Privé et Europeen (DEPIPE), 13, Place Vendôme, 75042 Paris Cedex 01, France.

5. After the signing of this Order, counsel for Defendants will use their best efforts to obtain permission from the Ministère de la Justice to authorize the Commissioner to receive documents pursuant to Chapter II, Article 17 of the Hague Convention on an expedited basis and as soon as possible.

_____
MURPHY, J.