IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULA HIAN, PAULA HIAN CREATIONS, LTD | : : : | CIVIL ACTION |
| v. | : : | NO. 22-3742 |
| LOUIS VUITTON USA INC, LOUIS VUITTON MALLETIER, OFF WHITE OPERATING SRL, JOHN AND JANE DOES I-X, ABC CORPORATIONS I-X | : : : : : | |

# ORDER

**AND NOW**, this 20th day of February 2025, upon considering the parties' motion to amend our scheduling order (DI 84), it is **ORDERED** the parties' motion to amend our scheduling order (DI 84) is **GRANTED** and we **amend** our July 29, 2024 order (DI 60) as follows:

1. All fact discovery shall be completed no later than **June 12, 2025**.

2. All expert discovery shall be completed no later than **September 3, 2025**.

3. Affirmative expert reports shall be served no later than **July 14, 2025**. Responsive expert reports, if any, shall be served no later than **August 4, 2025**. Expert depositions, if any, shall be concluded no later than **September 3, 2025**.

4. Motions for summary judgment and *Daubert* motions shall be filed no later than **October 14, 2025**. Responses shall be filed no later than **October 28, 2025**. Motions for summary judgment and responses shall be filed in the form prescribed in Judge Murphy's Scheduling and Motion Policies and Procedures.

5. Further dates will be scheduled as needed, at a later time.

MURPHY, J.